# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ROMEO P FERNANDO,<br><br>    Plaintiff,<br>    v.<br>HSBC BANK USA, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04104 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On August 26, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of October 6, 2011. (Dkt. #5.) However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the October 6 hearing and ORDERS Plaintiff Romeo Fernando to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by October 6, 2011, and the Court shall conduct a hearing on October 20, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 22, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROMEO P FERNANDO et al,

        Plaintiff,

  v.

HSBC BANK USA et al,

        Defendant.

Case Number: CV11-04104 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Romeo P. Fernando
3816 Callan Boulevard
South San Francisco, CA 94080

Dated: September 22, 2011

                              Richard W. Wieking, Clerk
                              By: Brenda Tolbert, Deputy Clerk